# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

---

ERICK D. RIGBY

                Plaintiff,                Case No. 3:19-cv-00036

v.

CROSSCHECK SERVICES, LLC d/b/a
OPTIO SOLUTIONS, LLC d/b/a QUALIA
COLLECTION SERVICES

                Defendant.

---

**DEFENDANT OPTIO SOLUTIONS, LLC'S NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(1), the testimony, upon oral examination, of **Erick D. Rigby** will be taken on June 25, 2019 at 10:00 a.m. cst at on National Court Reporters, 811 E. Washington, #3, Madison, WI 53703 with respect to material evidence necessary for this action. The deposition will be taken before a court reporter or other person authorized to administer oaths, will be conducted in accordance with the Federal Rules of Civil Procedure, and will be recorded by stenographic and/or videographic means.

The deposition will be taken for the purposes of discovery, for use at the trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure. If the deposition is not completed on the date on which it is scheduled to start, the taking of the deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary, or pursuant to the parties' agreement.

1

2

That said person to be examined is required to produce at such examination the following: copies of any and all documents, records, writings, memoranda, recordings, photographs or other exhibits relevant to or pertaining to the disputes between the parties in this action.

DATED: May 21, 2019

        LIPPES MATHIAS WEXLER FRIEDMAN LLP

        s/ Brendan H. Little
        Brendan H. Little, Esq.
        Attorneys for Defendant
        50 Fountain Plaza, Suite 1700
        Buffalo, NY 14202
        P: 716-853-5100
        F: 716-853-5199
        E: blittle@lippes.com