# EXHIBIT A

```
CLRC25C                    Claim Master Update                    1/16/19
ASOUTHWO    UPDATE                                               10:24:09
Claim # 47▓▓▓▓  Rcvd ·8/28/18  Stat A  8/28/18          Ovr Cd T
Dft Sts ·        Schd ········  Type D  Last Pmt ·9/27/18    Amt ··217.33
      COMMENTS       MULTI CLAIM    Serv CT  Bk Fee ······    Int
Debtor  RIGBY··················· First ERICK········· Init ··
 OR Bus ·································· Ph# 715 966 - 4260
Addr 1. 423 ·W·LEATHER·AVE··········· Wk# 000 000 - 0000
Addr 2. TOMAHAWK·········· WI  54487···· Time Zone C  Judge $ ··········
ID #. . WI R2102048746302···· Sys ID# WI R2102048746302   Ent  8/28/18
Chk # . ···1185  Date ·7/13/18 Dep    Amount ··217.33
Approv> ···771481    ·7/13/18                ··217.33       AR-Cd AS
OrgRsn> $ NSF Check 21              PM Dt ·8/25/18     Auth Tp MC
W/O Dt ·8/28/18 R/B Dt ········· C/A Dt ········· MDC DT ········ Days Late ···
REJ     Z ······················           Doc: ··· F/P PM ········
Store  ·271317  Wausau Wisconsin Store     Past Due    .00
          ACTIVE ACCOUNT              MAC MC Auto N
Loc  DS  Legal Dispute / Attorney      ·1/16/19        Fut ··
Coll LEGAL      Bal Due   232.33   Int Chg        Srv Fee ···15.00
R/BB K  Nxt Ltr ·· Ltr Dt ·······  Service Fee Auth: N   Bal Rpt > P
Salv    Tot   .00  Adj:    .00                    Past Due
MICR 291580711;10000434410452··············        Reinstated
F2=Exp Score   F3=Exit   F4=List(>)   F5=Down Payment          F24=More Keys
```

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476█████ RIGBY, ERICK                           bp P          WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········· PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
   DNC              MULT              MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep       # 1185   $   217.33
Loc DS 1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App 0/00/00 Roll Bk 0/00/00 Rck'd 2     Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00    Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N  SSN XXX - XX - 1183   End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ·········  O=change sequence to Oldest first  T=jump to Top
Sel User      Date    Time  Action    Result   Notes            Seq=Newes
·...................................................................·...·
: Entered  Description            Loc CD RR  LT Trn Date  Claim$    Other$ :
:  8/28/18 CLAIM CREATED              CT         8/28/18                   :
:  8/28/18 REQUEST RCK REDEPOSIT   20 KQ         8/28/18                   :
:  8/29/18 RQ SVCFEE ACH 1st attempt 20 SQ       8/29/18             15.00 :
:  8/29/18 RCK REDEPOSIT           20 KR         8/29/18            217.33 :
:  8/29/18 Redeposit ACH Service Fee 20 KF       8/29/18           15.0 + :
: F2=Exp Score Inform  F3=Exit   F4=List                    F24=More key :
:                                                                         :
:                                                                         :
:·.......................................................................·:
```

```
CLR030 Collections Logging      ASOUTHWO   1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476█████ RIGBY, ERICK                         bp P      WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ............
St#  271317 Wausau Wisconsin Store, Stevens Point, WI·APPLIANCES/ELECTRICAL RE
  DNC              MULT                MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep        # 1185   $   217.33
Loc DS  1/16/19 Nxt LT     0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2    Srv-Chg    15.00
CBC Dt  8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00    Int-Chg
TLO Dt  9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183    End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ·449.66  Foll-Up 12/18/18
Enter Action: .......... O=change sequence to Oldest first  T=jump to Top
Sel User       Date    Time  Action    Result   Notes           Seq=Newes
```

| Sel | Entered | Description | Loc | CD RR | LT | Trn Date | Claim$ | Other$ | |
|---|---|---|---|---|---|---|---|---|---|
| : | 8/31/18 | BUYBACK ACH SERVICE FEE | 20 | KH | B | | 8/31/18 | | 15.00- | : |
| : | 8/31/18 | BUYBACK RCK - INITIAL 1ST | 20 | KB | B | | 8/31/18 | | 217.33- | : |
| : | 9/03/18 | First Request (PSC) | | LT | | L1 | 9/03/18 | | | : |
| : | 9/06/18 | REQ RCK REDEPOSIT - 2ND + | 55 | K0 | | | 9/06/18 | | 217.33 | : |
| : | 9/06/18 | RCK REDEPOSIT - 2ND + | 55 | K1 | | | 9/06/18 | | 217.3 + | : |

```
: F2=Exp Score Inform  F3=Exit   F4=List                       F24=More key :
: First transaction displayed.                                             :
:.........................................................................:
```

OPTIO016

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                              bp P      WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ............
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
   DNC            MULT              MORE PH#'s
BRR $ NSF Check 21           Ck  7/13/18 Dep          # 1185   $   217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N      Srv-Due   15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2     Srv-Chg   15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00    Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183    End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date    Time   Action      Result   Notes           Seq=Newes
··········································································
: Entered   Description          Loc CD RR  LT Trn Date  Claim$   Other$   :
:  9/12/18 BUYBACK RCK - 2ND +     55 K2  B     9/12/18            217.33-  :
:  9/13/18 Second Request (PSC)        LT    L2 9/13/18                     :
:  9/13/18 RQ SVCFEE ACH 2nd attempt 55 SQ     9/13/18              15.00  :
:  9/13/18 Redeposit ACH Service Fee 55 KF     9/13/18              15.00  :
:  9/17/18 BUYBACK ACH SERVICE FEE   55 KH  B  9/17/18              15.0 + :
: F2=Exp Score Inform   F3=Exit   F4=List                    F24=More key :
: First transaction displayed.                                           :
:                                                                        :
··········································································
```

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                    bp P        WP ············
Co-Maker.Fn 1ST DEGREE NEXT Ln ASHLEY HOME STORE········ PEC · CP ············
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
   DNC           MULT              MORE PH#'s
BRR $ NSF Check 21              Ck 7/13/18 Dep          # 1185   $   217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due     15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2   Srv-Chg     15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt  0/00/00   Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183   End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date     Time   Action      Result    Notes          Seq=Newes
·················································································
: Entered  Description             Loc CD RR  LT Trn Date  Claim$    Other$  :
:  9/20/18 First Request (PSC)          LT     L1 9/20/18                     :
:  9/28/18 RQ SVCFEE ACH 3rd attempt 55 SQ        9/28/18            15.00    :
:  9/28/18 Redeposit ACH Service Fee 55 KF        9/28/18            15.00    :
: 10/02/18 BUYBACK ACH SERVICE FEE   56 KH  B    10/02/18            15.00-   :
: 10/05/18 Second Request (PSC)         LT     L2 10/05/18                +   :
: F2=Exp Score Inform   F3=Exit   F4=List                       F24=More key  :
:                                                                            :
:                                                                            :
:···························································································:
```

OPTIO018

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476█████   RIGBY, ERICK                  bp P        WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE·······  PEC · CP ............
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
   DNC            MULT            MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep      # 1185    $   217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N   Srv-Due   15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2   Srv-Chg   15.00
CBC Dt  8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00   Int-Chg
TLO Dt  9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183   End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date     Time    Action    Result    Notes        Seq=Newes
:.......................................................................:
: Entered  Description          Loc CD RR  LT Trn Date  Claim$    Other$ :
: 10/22/18 Third Request (PSC)      LT      L3 10/22/18                   :
:                                                                        :
:                                                                        :
:                                                                        :
:                                                                        :
: F2=Exp Score Inform   F3=Exit   F4=List              F24=More key :
: First transaction displayed.                                           :
:                                                                        :
:.......................................................................:
```

```
CLR030 Collections Logging      ASOUTHWO    1/16/19    TZ C Vld Y HP 715-966-4260
C1# 476█████ RIGBY, ERICK                               bp P      WP ············
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········ PEC · CP ············
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
DNC              MULT            MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep        # 1185   $   217.33
Loc DS  1/16/19 Nxt LT     0/00/00 Draft Type D Rejects N    Srv-Due     15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2    Srv-Chg     15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00   Int-Chg
TLO Dt ·9/04/18    MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal    232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date      Time   Action    Result    Notes         Seq=Newest
```

████████████    ██████
████████    ████████████
██████████    ██  ██████
████████████  ████████

```
    LTAYLOR     01/15/19 08:12:16 Home-Phone NoMsg Left HP 715-966-4260 10:12:12
    CALLED FROM SUB.. NOTING BOTH  PUHU
    LTAYLOR     01/10/19 13:54:15 Home-Phone No Answer  HP 715-966-4260 15:54:1 +
F2=Exp Score Inform   F3=Exit   F4=List                     F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO020

```
CLR030 Collections Logging       ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████  RIGBY, ERICK                             bp P     WP ············
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ············
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
 DNC        MULT            MORE PH#'s
BRR $ NSF Check 21            Ck  7/13/18 Dep        # 1185   $  217.33
Loc DS 1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk 0/00/00 Rck'd 2    Srv-Chg    15.00
CBC Dt  8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00    Int-Chg
TLO Dt  9/04/18    MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ··········· O=change sequence to Oldest first T=jump to Top
Sel User      Date    Time  Action    Result   Notes          Seq=Newest
   NO ANSWER
   LTAYLOR     01/08/19 17:34:30 Home-Phone Talked To  HP 715-966-4260 19:33:41
   TT MAN AUTH ERICK RIGBY CR MM IEF..STATED SORRY I HAVE SOMEONE WORKING WITH
   ME CORRECTING MY CREDIT AND THEY WILL FIX EVERYTHING I DO NOT NEED TT YOU
   AND ENDED CALL
   LTAYLOR     01/08/19 17:31:10 Home-Phone RightParty HP 715-966-4260 19:30:32
   SYSLOG      01/07/19 11:34:45 Sys-Entry None      Fld Chgd: Collection-Stat
   Changed by LTAYLOR     PMTPL to ACTIVE
   LTAYLOR     01/07/19 11:34:38 Other-Dial NoMsg Left M 757-277-1467 13:33:51 +
F2=Exp Score Inform   F3=Exit   F4=List                     F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO021

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476░░░░ RIGBY, ERICK                              bp P      WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········ PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC           MULT             MORE PH#'s
BRR $ NSF Check 21           Ck 7/13/18 Dep        # 1185    $   217.33
Loc DS 1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N   Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd 2  Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00  Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N  SSN XXX – XX – 1183 End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date    Time    Action    Result   Notes         Seq=Newest
   GENERIC VM NM
   SYSLOG     01/07/19 11:33:44 Sys-Entry None     M 7572771467 added
   by LTAYLOR
   LTAYLOR    01/07/19 11:32:25 ReviewAcct None
   EXPERIAN
   SCORE 561
   ADDY N 10315 TANNERY RD TOMAHAWK WI 54487
   PH# 757-638-1840 NIS
   757-277-1467GENERIC VM NML
 F2=Exp Score Inform   F3=Exit   F4=List              F24=More keys
 Cannot Page Up, you are at beginning of log entries.
```

OPTIO022

```
CLR030 Collections Logging      ASOUTHWO     1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████   RIGBY, ERICK                    bp P            WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC  CP ............
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
   DNC           MULT              MORE PH#'s
BRR $ NSF Check 21           Ck  7/13/18 Dep          # 1185     $    217.33
Loc DS  1/16/19 Nxt LT      0/00/00 Draft Type D Rejects N   Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd 2     Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00     Int-Chg
TLO Dt ·9/04/18    MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal    232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first T=jump to Top
Sel User       Date    Time   Action     Result    Notes        Seq=Newest
   LTAYLOR   01/07/19 11:29:24 ReviewAcct None
   TLO:
   Best 1st Degree Relatives Phone
   Numbers:
   PINKIE E WOOD -            TABITHA L RIGBY -
   (757) 686-2439 JUST BEEOS    (757) 642-3875  DUP WITH OTHER REL #
   (757) 642-3875 PUHU
   (757) 319-0842 MOMS CP DNC
   (757) 484-8139  PARTY IS NOT ANSWERING                               +
F2=Exp Score Inform   F3=Exit  F4=List                      F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO023

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                    bp P         WP ............
Co-Maker.Fn 1ST DEGREE NEXT Ln ASHLEY HOME STORE ........ PEC . CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
DNC            MULT              MORE PH#'s
BRR $ NSF Check 21               Ck 7/13/18 Dep        # 1185    $     217.33
Loc DS 1/16/19 Nxt LT   0/00/00 Draft Type D Rejects N    Srv-Due     15.00
W/O Dt 8/28/18 CR App 0/00/00 Roll Bk 0/00/00 Rck'd 2     Srv-Chg     15.00
CBC Dt 8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00    Int-Chg
TLO Dt 9/04/18  MAC Loc. MC Auto N   SSN XXX - XX - 1183   End Bal    232.33
Coll-Stat ACTIVE Priority 0 Misc 123456*8 Total$ 449.66  Foll-Up 12/18/18
Enter Action: .......... O=change sequence to Oldest first T=jump to Top
Sel User        Date    Time  Action    Result    Notes        Seq=Newest
   LTAYLOR      01/07/19 11:28:59 Other-Dial NoMsg Left R 757-686-2439 13:28:33
   RELATIVE  JUST BEEPS
   LTAYLOR      01/07/19 11:28:10 Other-Dial NoMsg Left R 757-642-3875 13:27:42
   RELATIVE  PUHU
   LTAYLOR      01/07/19 11:27:22 Other-Dial NoMsg Left R 757-484-8139 13:25:52
   RELATIVE- PARTY IS NOT ANSWERING
   SYSLOG       01/07/19 11:25:44 Sys-Entry  None    R 7573190842
   Changed to: R  7573190842 by LTAYLOR
   LTAYLOR      01/07/19 11:25:10 Other-Dial NoMsg Left R 757-319-0842 13:22:41 +
F2=Exp Score Inform   F3=Exit   F4=List              F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO024

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████   RIGBY, ERICK                   bp P        WP ···········
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ···········
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC              MULT              MORE PH#'s
BRR $ NSF Check 21           Ck  7/13/18 Dep        # 1185    $     217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N      Srv-Due    15.00
W/O Dt  8/28/18 CR App 0/00/00 Roll Bk  0/00/00 Rck'd 2       Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt  0/00/00      Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183    End Bal    232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
 Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User         Date    Time   Action    Result    Notes         Seq=Newest
   RELATIVE - TT FEMALE STATED SHE IS HIS MOTHER AND I REACHED HER PERSONAL
   CP STATED SHE HAS OUR PH# IN HER CID ..ASKED IF IT WOULD BE OK TO CALL HER
   IN THE FUTURE STATED NO... ASKED FOR BEST # OR ADDY FOR HIM DID NOT GIVE
   SYSLOG       01/07/19 11:21:58 Sys-Entry  None    R 7574848139 added
   by LTAYLOR
   SYSLOG       01/07/19 11:21:47 Sys-Entry  None    R 7573190842 added
   by LTAYLOR
   SYSLOG       01/07/19 11:21:17 Sys-Entry  None    R 7576423875 added
   by LTAYLOR                                                              +
 F2=Exp Score Inform   F3=Exit   F4=List                       F24=More keys
 Cannot Page Up, you are at beginning of log entries.
```

OPTIO025

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████  RIGBY, ERICK                   bp P        WP ············
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE·······  PEC · CP ············
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC            MULT              MORE PH#'s
BRR $ NSF Check 21            Ck  7/13/18 Dep        # 1185    $   217.33
Loc DS  1/16/19 Nxt LT     0/00/00 Draft Type D Rejects N   Srv-Due   15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2   Srv-Chg   15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt  0/00/00   Int-Chg
TLO Dt  9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183   End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ········· O=change sequence to Oldest first T=jump to Top
Sel User        Date    Time   Action    Result    Notes       Seq=Newest
    SYSLOG      01/07/19 11:20:29 Sys-Entry  None     R 7576862439 added
  by LTAYLOR
    LTAYLOR     01/07/19 11:17:00 Home-Phone NoMsg Left HP 715-966-4260 13:16:15
  MAIL BOX FULL.. NO PRE AUTH FORM RECD
    SYSLOG      12/28/18 11:20:35 Sys-Entry  None    Fld Chgd: Collection-Stat
  Changed by LTAYLOR      ACTIVE to PMTPL
    LTAYLOR     12/28/18 11:20:31 Other-Dial NoMsg Left M 757-642-3875 13:19:57
  MAIL BOX IS FULL
    SYSLOG      12/28/18 11:19:53 Sys-Entry  None     M 7572771467 deleted   +
F2=Exp Score Inform   F3=Exit   F4=List              F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO026

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                              bp P        WP ...........
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE·······  PEC · CP ...........
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
    DNC              MULT              MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep       # 1185    $   217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd 2    Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00    Int-Chg
TLO Dt ·9/04/18  MAC Loc. MC Auto N   SSN XXX - XX - 1183   End Bal    232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ········ O=change sequence to Oldest first T=jump to Top
Sel User         Date     Time    Action     Result    Notes          Seq=Newest
    by LTAYLOR
    SYSLOG      12/28/18 11:19:22 Sys-Entry  None       Fld Chgd: Collection-Stat
    Changed by LTAYLOR      ACTIVE to PMTPL
    LTAYLOR     12/28/18 11:17:56 Other-Dial NoMsg Left M 757-277-1467 13:16:56
    GENERIC VM NML
    LTAYLOR     12/28/18 11:16:42 Home-Phone NoMsg Left HP 715-966-4260 13:16:06
    MAIL BOX IS FULL
    LTAYLOR     12/27/18 16:29:22 Other-Dial NoMsg Left M 757-642-3875 18:28:25
    MAIL BOX IS FULL                                                        +
F2=Exp Score Inform   F3=Exit   F4=List                       F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO027

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                       bp P         WP ·············
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ·············
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC            MULT              MORE PH#'s
BRR $ NSF Check 21            Ck  7/13/18 Dep        # 1185    $   217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App 0/00/00 Roll Bk  0/00/00 Rck'd  2    Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00   Int-Chg
TLO Dt ·9/04/18    MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal    232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ·449.66  Foll-Up 12/18/18
  Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User      Date   Time   Action     Result    Notes        Seq=Newest
   LTAYLOR    12/27/18 16:28:17 Other-Dial No Answer M 757-277-1467 18:27:05
   GENERIC MALE  VOICE CANNOT UDNERSTAND NML
   LTAYLOR    12/27/18 16:26:45 Home-Phone NoMsg Left HP 715-966-4260 18:26:42
   MAIL BOX FULL
   LTAYLOR    12/24/18 12:56:54 Other-Dial NoMsg Left M 757-642-3875 14:56:14
   NML
   LTAYLOR    12/24/18 12:55:59 Other-Dial Left LIM   M 757-277-1467 14:54:56
   LMOM
   LTAYLOR    12/24/18 12:54:44 Home-Phone NoMsg Left HP 715-966-4260 14:53:4 +
F2=Exp Score Inform   F3=Exit   F4=List                F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO028

```
CLR030 Collections Logging      ASOUTHWO    1/16/19    TZ C Vld Y HP 715-966-4260
Cl# 476████  RIGBY, ERICK                    bp P          WP ············
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········· PEC · CP ············
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
DNC            MULT              MORE PH#'s
BRR $ NSF Check 21             Ck  7/13/18 Dep        # 1185  $  217.33
Loc DS 1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due   15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2  Srv-Chg   15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00 Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183 End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date     Time   Action    Result    Notes         Seq=Newest
   MAIL BOX IS FULL
   LTAYLOR      12/20/18 09:07:30 Other-Dial NoMsg Left M 757-642-3875 11:07:06
   NML
   LTAYLOR      12/20/18 09:06:55 Other-Dial NoMsg Left M 757-642-3875 11:06:20
   NML
   LTAYLOR      12/20/18 09:06:11 Other-Dial NoMsg Left M 757-277-1467 11:05:38
   GENERIC MESS NML
   LTAYLOR      12/20/18 09:05:31 Home-Phone NoMsg Left HP 715-966-4260 11:05:01
   MAIL BOX IS FULL                                                          +
F2=Exp Score Inform   F3=Exit   F4=List                        F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

```
CLR030 Collections Logging        ASOUTHWO   1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476█████ RIGBY, ERICK                      bp P       WP ............
Co-Maker.Fn 1ST DEGREE NEXT Ln ASHLEY HOME STORE........ PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
   DNC              MULT              MORE PH#'s
BRR $ NSF Check 21          Ck 7/13/18 Dep         # 1185   $  217.33
Loc DS 1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due  15.00
W/O Dt 8/28/18 CR App 0/00/00 Roll Bk 0/00/00 Rck'd 2      Srv-Chg  15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00    Int-Chg
TLO Dt ·9/04/18  MAC Loc. MC Auto N   SSN XXX - XX ~ 1183   End Bal  232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ..........O=change sequence to Oldest first  T=jump to Top
Sel User        Date    Time   Action     Result   Notes          Seq=Newest
   LTAYLOR   12/19/18 16:05:12 Home-Phone NoMsg Left HP 715-966-4260 18:04:30
   MAIL BOX IS FULL
   LTAYLOR   12/18/18 10:02:28 Home-Phone Talked To HP 715-966-4260 11:59:12
   tt erick cr mm ief... he stated no form recd yet stated it should be there
   by tomorrow ..will let me know if not recd .confirmed date of 1st post
   date will need form to process
   SYSLOG    12/18/18 09:53:43 Sys-Entry  None      Fld Chgd Currnt Coll
   Old Val 02 to 01, Changed by RTHORNE
   SYSLOG    12/17/18 14:51:13 Sys-Entry  None      Fld Chgd Currnt Coll    +
F2=Exp Score Inform  F3=Exit  F4=List                          F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO030

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476█████ RIGBY, ERICK                        bp P       WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········· PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
    DNC         MULT              MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep       # 1185    $    217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2   Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00   Int-Chg
TLO Dt ·9/04/18  MAC Loc. MC Auto N   SSN XXX - XX - 1183    End Bal    232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User         Date    Time   Action      Result    Notes         Seq=Newest
    Old Val 01 to 02, Changed by NDORVAL
    LTAYLOR     12/14/18 15:03:32 ReviewAcct None
    PEND ...ON PRE AUTH
    AGONZALE  · 12/13/18 15:06:43 ReviewAcct None
    Mailed: Debit Pre-Auth Form and Future Payment Letter; Fwd to Scan
    **Multi
    LTAYLOR     12/13/18 15:02:25 Home-Phone Talked To  HP 715-966-4260 16:56:55
    TT MAN AUTH ERICK RIGBY CR MM IEF ADDY GOOD PH# GOOD .. WENT OVER IEF...
    STATED HE AGREEED TO $100.00 A MONTH STARTING NEXT MONTH WITH JANELLE    +
F2=Exp Score Inform   F3=Exit   F4=List                      F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                    bp P          WP ···········
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ···········
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
   DNC              MULT              MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep        # 1185   $   217.33
Loc DS  1/16/19 Nxt LT     0/00/00 Draft Type D Rejects N    Srv-Due   15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2    Srv-Chg   15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00   Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX – XX – 1183   End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ··········· O=change sequence to Oldest first T=jump to Top
Sel User         Date    Time   Action    Result    Notes        Seq=Newest
   ADVISED WOULD NEED PRE AUTH FORM BEFORE WE CAN PROCESS POST DATE DEBITS
   Took "DEBIT " verification call...Ver'd pmt of $64.66  W/ NO  Fee TOTAL
   $64.66 ON 1/5/19 AND $100.00 ON 1/19/19 WITH NO FEE =$100.00 AND 2/2/19
   FOR $100.00 WITH NO FEE TOTAL $100.00 AND 2/16/19 FOR $100.00 W/NO FEE TOTA
   L $100.00 AND 3/2/19 FOR $100.00 WITH NO FEE TOTAL $100.00 /5 POST DATE
   PAYMENTS TOTAL $464.66  Recorded on recorder 030 Side A, Trac 04..TO BE PRO
   CESSED ONCE PRE AUTH FORM RECD WANTS PIM TO ADDY AND WILL MAIL BACK
   JDENT      12/12/18 16:52:18 X-Phoned   Talked To
   X. GV MM/CR. X IS VERY UPSET. SD THAT HE CAN'T PAY ANYTHING UNTIL JANUARY  +
F2=Exp Score Inform   F3=Exit   F4=List                      F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO032

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476███  RIGBY, ERICK                      bp P       WP ············
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ············
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC          MULT              MORE PH#'s
BRR $ NSF Check 21          Ck  7/13/18 Dep              # 1185    $   217.33
Loc DS  1/16/19 Nxt LT      0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App 0/00/00 Roll Bk  0/00/00 Rck'd 2       Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00      Int-Chg
TLO Dt ·9/04/18    MAC Loc. MC Auto N   SSN XXX - XX - 1183   End Bal    232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User       Date    Time   Action     Result    Notes          Seq=Newest
    SD THAT HE HAS TOO MANY OTHER EXPENSES AND THIS IS NOT HIS PRIORITY. SD
    THAT HE CAN PAY $100 A MONTH IF WE WANT IT. SD THAT HE IS JUST TRYING TO
    FIX ONE BILL AT A TIME. EXP I WIL REVIEW IT AND SEE IF I CAN ACCPET HIS
    PROPOSAL. EXP LINDA WILL CALL HIM TOMORROW
    LTAYLOR    12/12/18 16:34:55 Home-Phone Talked To  HP 715-966-4260 18:33:15
    TT MAN ASKED TT ERICK RIGBY CR ..STATED WE HAVE CALLED HIM 4 X
    TODAY AND THATS HARRASEMENT AND DOES NOT WANT ANYMORE PHONE CALLS FROM US
    ONLY WANTS CONTACT BY MAIL
    SYSLOG     12/11/18 16:19:15 Sys-Entry  None      Fld Chgd: Collection-St +
F2=Exp Score Inform   F3=Exit  F4=List                      F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO033

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                    bp P           WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········ PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC               MULT              MORE PH#'s
BRR $ NSF Check 21            Ck  7/13/18 Dep          # 1185   $   217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due   15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2   Srv-Chg   15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt  0/00/00    Int-Chg
TLO Dt ·9/04/18    MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal  232.33
Coll-Stat ACTIVE Priority C· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ··········· O=change sequence to Oldest first T=jump to Top
Sel User       Date     Time   Action      Result   Notes          Seq=Newest
    Changed by LTAYLOR     PTPBKN to ACTIVE
    LTAYLOR    12/11/18 16:19:12 Home-Phone NoMsg Left HP 715-966-4260 18:18:38
    MAIL BOX IS FULL
    LTAYLOR    12/06/18 16:33:26 Other-Dial NoMsg Left M 757-277-1467 18:32:54
    GENERIC VM
    LTAYLOR    12/06/18 16:32:37 Home-Phone NoMsg Left HP 715-966-4260 18:31:53
    JUST DISCONNECTS
    LTAYLOR    12/05/18 16:48:07 Home-Phone NoMsg Left HP 715-966-4260 18:47:59
    NML                                                                      +
F2=Exp Score Inform  F3=Exit  F4=List                      F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO034

```
CLR030 Collections Logging        ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476██████  RIGBY, ERICK                      bp P          WP ...........
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ...........
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
DNC            MULT             MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep          # 1185    $   217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2   Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00  Int-Chg
TLO Dt ·9/04/18    MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User       Date      Time   Action    Result    Notes          Seq=Newest
   SYSLOG    12/05/18 14:01:03 Sys-Entry  None      Fld Chgd Coll Chg Dt
   Old Val 20181101 to 20181031, Changed by RTHORNE
   SYSLOG    12/05/18 14:00:41 Sys-Entry  None      Fld Chgd Currnt Coll
   Old Val 42 to 01, Changed by RTHORNE
   SYSLOG    12/05/18 14:00:41 Sys-Entry  None      Fld Chgd Coll Chg Dt
   Old Val 20181129 to 20181101, Changed by RTHORNE
   SCARRASC  12/05/18 12:23:53 Home-Phone NoMsg Left HP 715-966-4260 14:23:10
   SCARRASC  12/05/18 12:22:25 Other-Dial NoMsg Left M 757-277-1467 14:21:58
   MISC
F2=Exp Score Inform   F3=Exit   F4=List                    F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO035

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████   RIGBY, ERICK                          bp P           WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········   PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
    DNC              MULT            MORE PH#'s
BRR $ NSF Check 21             Ck 7/13/18 Dep          # 1185    $    217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2   Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00   Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183   End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ··········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date    Time   Action      Result     Notes          Seq=Newest
   SCARRASC    12/05/18 12:21:32 Other-Dial NoMsg Left M 757-642-3875 14:20:49
   MISC
   SYSLOG      12/05/18 12:20:44 Sys-Entry  None       M 7576423875 added
   by SCARRASC
   SCARRASC    12/04/18 14:13:51 Home-Phone NoMsg Left HP 715-966-4260 16:13:16
   MB Full
   SCARRASC    12/03/18 12:25:48 Home-Phone NoMsg Left HP 715-966-4260 14:25:06
   SCARRASC    11/30/18 10:08:57 Home-Phone NoMsg Left HP 715-966-4260 12:08:34
   puthu
F2=Exp Score Inform   F3=Exit   F4=List                     F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO036

```
CLR030 Collections Logging       ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                              bp P      WP ...........
Co-Maker.Fn 1ST DEGREE NEXT  Ln ASHLEY HOME STORE........  PEC   CP ...........
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC              MULT              MORE PH#'s
BRR $ NSF Check 21            Ck  7/13/18 Dep        # 1185    $    217.33
Loc DS  1/16/19 Nxt LT     0/00/00 Draft Type D Rejects N     Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd 2      Srv-Chg    15.00
CBC Dt  8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00     Int-Chg
TLO Dt  9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183    End Bal    232.33
Coll-Stat ACTIVE Priority 0  Misc 123456*8  Total$  449.66    Foll-Up 12/18/18
Enter Action: .......... O=change sequence to Oldest first  T=jump to Top
Sel User       Date    Time   Action    Result    Notes           Seq=Newest
   SYSLOG    11/29/18 21:10:20 Sys-Entry  None    Fld Chgd Currnt Coll
   Old Val 01 to 42, Changed by QPGMR
   SYSLOG    11/29/18 21:10:20 Sys-Entry  None    Fld Chgd Coll Chg Dt
   Old Val 20180831 to 20181129, Changed by QPGMR
   AMONROY   11/29/18 15:37:23 Home-Phone NoMsg Left HP 715-966-4260 17:37:08
   AMONROY   11/28/18 17:37:22 Home-Phone NoMsg Left HP 715-966-4260 19:37:07
   AMONROY   11/27/18 08:56:52 Home-Phone NoMsg Left HP 715-966-4260 10:55:12
   AMONROY   11/21/18 13:32:41 Home-Phone NoMsg Left HP 715-966-4260 15:32:11
   AMONROY   11/19/18 18:15:44 Home-Phone NoMsg Left HP 715-966-4260 20:15:0 +
 F2=Exp Score Inform   F3=Exit  F4=List                      F24=More keys
 Cannot Page Up, you are at beginning of log entries.
```

OPTIO037

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████  RIGBY, ERICK                              bp P      WP ............
Co-Maker.Fn 1ST DEGREE NEXT Ln ASHLEY HOME STORE .......  PEC  CP ............
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
   DNC           MULT              MORE PH#'s
BRR $ NSF Check 21              Ck 7/13/18 Dep         # 1185    $    217.33
Loc DS 1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due     15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd 2   Srv-Chg     15.00
CBC Dt  8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00  Int-Chg
TLO Dt  9/04/18    MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal    232.33
Coll-Stat ACTIVE Priority 0  Misc 123456*8  Total$  449.66  Foll-Up 12/18/18
Enter Action: .........  O=change sequence to Oldest first  T=jump to Top
Sel User        Date    Time   Action     Result    Notes        Seq=Newest
   AMONROY     11/17/18 09:35:16 Home-Phone NoMsg Left HP 715-966-4260 11:35:00
   AMONROY     11/16/18 14:21:11 Home-Phone NoMsg Left HP 715-966-4260 16:20:53
   AGONZALE    11/09/18 06:30:08 ReviewAcct None
   Mailed VOD for lead and sub claim...
   SYSLOG      11/09/18 06:28:16 Sys-Entry  None       Fld Chgd Address
   Old Val 423 LEATHER AVE to 423 W LEATHER AVE, Changed by AGONZALE
   AGONZALE    11/09/18 06:23:42 ReviewAcct None
   Created VIA Ticket #6713 re: VOD Request
   AMONROY     11/08/18 11:48:20 Home-Phone NoMsg Left HP 715-966-4260 13:47:4 +
F2=Exp Score Inform   F3=Exit   F4=List                    F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO038

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476 ████    RIGBY, ERICK                    bp P           WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ............
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
   DNC           MULT            MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep        # 1185   $    217.33
Loc DS  1/16/19 Nxt LT   0/00/00 Draft Type D Rejects N   Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2  Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00  Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ··········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date     Time   Action     Result    Notes            Seq=Newest
   AMONROY    11/07/18 17:02:21 Home-Phone RightParty HP 715-966-4260 19:02:04
   SYSLOG     11/06/18 12:46:03 Sys-Entry  None       M 9664264260 added
   by AMONROY
   SYSLOG     11/06/18 12:45:46 Sys-Entry  None       M 7576387840 added
   by AMONROY
   SYSLOG     11/06/18 12:45:32 Sys-Entry  None       M 7574833300 added
   by AMONROY
   SYSLOG     11/06/18 12:45:17 Sys-Entry  None       M 7573516521 added
   by AMONROY                                                              +
F2=Exp Score Inform   F3=Exit   F4=List                    F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

```
CLR030 Collections Logging        ASOUTHWO    1/16/19   TZ C Vid Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                              bp P      WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
   DNC            MULT              MORE PH#'s
BRR $ NSF Check 21            Ck 7/13/18 Dep         # 1185    $    217.33
Loc DS  1/16/19 Nxt LT   0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App 0/00/00 Roll Bk  0/00/00 Rck'd 2    Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00   Int-Chg
TLO Dt ·9/04/18 MAC Loc. MC Auto N  SSN XXX - XX - 1183    End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date    Time  Action    Result     Notes      Seq=Newest
    ***best numbers***
   (715) 453-2037-nis      (757)638-1840-nis
   (715) 224-2550-nis      (757)351-6521-nis
   (757) 277-1467-dup      (757)483-3300-wng#
   (757) 366-9001-nis      (757)638-7840-nis
                           (966)426-4260-nis

  AMONROY    11/06/18 09:25:21 Home-Phone RightParty HP 715-966-4260 11:25:11
  AMONROY    11/05/18 12:37:13 Home-Phone NoMsg Left HP 715-966-4260 14:35:32
  AMONROY    11/01/18 13:38:00 Home-Phone RightParty HP 715-966-4260 15:37:0 +
F2=Exp Score Inform  F3=Exit  F4=List                      F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476█████  RIGBY, ERICK                             bp P     WP ············
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········· PEC · CP ············
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
DNC              MULT              MORE PH#'s
BRR $ NSF Check 21           Ck  7/13/18 Dep        # 1185    $   217.33
Loc DS 1/16/19 Nxt LT     0/00/00 Draft Type D Rejects N    Srv-Due   15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd 2    Srv-Chg   15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00   Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183   End Bal  232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ··········· O=change sequence to Oldest first  T=jump to Top
Sel User      Date    Time   Action    Result      Notes          Seq=Newest
   SYSLOG    10/31/18 18:01:40 Sys-Entry  None      Fld Chgd Currnt Coll
   Old Val 56 to 01, Changed by ZESKELSO
   VFLORES   10/31/18 12:38:11 Home-Phone NoMsg Left HP 715-966-4260 14:38:08
   VFLORES   10/31/18 08:19:24 Home-Phone NoMsg Left HP 715-966-4260 10:18:55
   VFLORES   10/30/18 07:52:57 Home-Phone RightParty HP 715-966-4260 09:51:35
   RPM
   VFLORES   10/29/18 11:26:14 Home-Phone NoMsg Left HP 715-966-4260 13:25:54
   VFLORES   10/26/18 06:51:15 Home-Phone NoMsg Left HP 715-966-4260 08:50:58
   VFLORES   10/25/18 14:21:15 Home-Phone NoMsg Left HP 715-966-4260 16:20:4 +
F2=Exp Score Inform   F3=Exit  F4=List                    F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO041

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476 ████ RIGBY, ERICK                              bp P        WP ...........
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ..........
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC           MULT              MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep          # 1185    $   217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N     Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd 2     Srv-Chg    15.00
CBC Dt  8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00    Int-Chg
TLO Dt  9/04/18    MAC Loc. MC Auto N   SSN XXX – XX – 1183   End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date     Time   Action     Result    Notes         Seq=Newest
   VFLORES    10/25/18 08:18:14 Home-Phone NoMsg Left HP 715-966-4260 10:17:31
   VFLORES    10/24/18 11:00:23 Home-Phone NoMsg Left HP 715-966-4260 12:59:54
   VFLORES    10/24/18 08:31:42 Changed-By None       SSN added by VFLORES
   SYSLOG     10/24/18 08:31:11 Sys-Entry  None       Fld Chgd: Collection-Stat
   Changed by VFLORES      PTP to PTPBKN
   VFLORES    10/24/18 08:30:48 Home-Phone NoMsg Left HP 715-966-4260 10:30:19
   VFLORES    10/23/18 08:07:54 Home-Phone NoMsg Left HP 715-966-4260 10:07:42
   VFLORES    10/22/18 11:54:30 Home-Phone NoMsg Left HP 715-966-4260 13:53:50
   VFLORES    10/20/18 07:22:23 Home-Phone NoMsg Left HP 715-966-4260 09:21:5 +
F2=Exp Score Inform   F3=Exit   F4=List                      F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

```
CLRC30 Collections Logging      ASOUTHWO   1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476     RIGBY, ERICK                          bp P        WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ............
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC            MULT              MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep           # 1185    $   217.33
Loc DS  1/16/19 Nxt LT     0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2    Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00    Int-Chg
TLO Dt ·9/04/18  MAC Loc. MC Auto N   SSN XXX - XX - 1183    End Bal    232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date     Time   Action     Result    Notes          Seq=Newest
   VFLORES     10/19/18 14:49:52 Home-Phone NoMsg Left HP 715-966-4260 16:49:49
   VFLORES     10/19/18 07:19:14 Home-Phone NoMsg Left HP 715-966-4260 09:18:59
   VFLORES     10/17/18 09:21:18 Home-Phone NoMsg Left HP 715-966-4260 11:21:00
   VFLORES     10/16/18 07:48:56 Home-Phone RightParty HP 715-966-4260 09:48:23
   RPM
   VFLORES     10/12/18 08:40:07 Home-Phone Talked To  HP 715-966-4260 10:38:24
   TT X.. GV CR/MM.. IEF, SD HE CAN'T TAKE OF ANYTHING TODAY. UPSET ABOUT THE
   SRV CHARGE... AND FEES FOR THE SRV CHARGE. SD IF THAT DIDN'T HAPPEN HE
   WOULD OF BEEN ABLE TO PAY SOMETHING TODAY. I LET HIM KNOW WE'VE BEEN CALLI +
F2=Exp Score Inform   F3=Exit   F4=List                      F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO043

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                            bp P       WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE·······   PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
    DNC           MULT            MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep        # 1185   $   217.33
Loc DS  1/16/19 Nxt LT     0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk 0/00/00 Rck'd 2      Srv-Chg    15.00
CBC Dt  8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00      Int-Chg
TLO Dt  9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183    End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ··········· O=change sequence to Oldest first T=jump to Top
Sel User       Date     Time   Action    Result    Notes        Seq=Newest
   G HIM SINCE AUGUST... IF HE WOULD OF TAKEN CARE OF THIS THEN HE WOULDN'T BE
   IN THIS SITUATION. REMINDED HIM HE WROTE CHECK IN JULY, WE ARE NOW IN
   OCTOBER...
   SYSLOG    10/02/18 14:13:28 Sys-Entry  None       Fld Chgd: Collection-Stat
   Changed by VFLORES     ACTIVE to PTP
   VFLORES   10/02/18 14:09:36 Home-Phone Talked To  HP 715-966-4260 16:09:32
   TT X... GV CR/MM... IEF, I ASKED IF HE RECEIVED LETTER. X SD YES, FINALLY
   DID RECEIVE IT. SD HE CAN'T PAY ANYTHING TODAY. ASKED THAT WE CALL HIM IN 2
   WEEKS. I SD OK, I WILL CALL YOU THEN.
F2=Exp Score Inform  F3=Exit  F4=List                        F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO044

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476█████RIGBY, ERICK                              bp P        WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········   PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC            MULT              MORE PH#'s
BRR $ NSF Check 21              Ck  7/13/18 Dep        # 1185    $    217.33
Loc DS  1/16/19 Nxt LT     0/00/00 Draft Type D Rejects N     Srv-Due   15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd 2      Srv-Chg   15.00
CBC Dt  8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt  0/00/00     Int-Chg
TLO Dt  9/04/18     MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal   232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
 Enter Action: ·········· O=change sequence to Oldest first T=jump to Top
Sel User      Date     Time   Action     Result    Notes          Seq=Newest
    IDA       10/02/18 10:27:39 SERVICE    FEE ACH  Bought Back Today
    SYSLOG    09/28/18 14:24:38 Sys-Entry  None     Fld Chgd Currnt Coll
    Old Val 55 to 56, Changed by AGONZALE
    AVALENCI  09/19/18 13:13:29 ReviewAcct None
    UPDATED ADDY PER SCARRASC; RSNT LTR L1
    SYSLOG    09/19/18 13:13:12 Sys-Entry  None     Fld Chgd Address
    Old Val W6095 WADELL RD to 423 LEATHER AVE, Changed by AVALENCI
    SCARRASC  09/19/18 13:10:18 Home-Phone Talked To  HP 715-966-4260 15:07:11
    tt erick id myself gv cr/mm sd he didnt receive the letter and gv me his u +
F2=Exp Score Inform  F3=Exit  F4=List                         F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

```
CLR030 Collections Logging      ASOUTHWO   1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476█████ RIGBY, ERICK                           bp P        WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········ PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
DNC                  MULT              MORE PH#'s
BRR $ NSF Check 21            Ck 7/13/18 Dep         # 1185   $  217.33
Loc DS 1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due   15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd 2   Srv-Chg   15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00  Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal  232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ··········  O=change sequence to Oldest first  T=jump to Top
Sel User        Date    Time   Action     Result   Notes          Seq=Newest
    dated address  (New Address 423 Leather ave Tomahawk WI)
    SCARRASC   09/18/18 14:10:47 Home-Phone NoMsg Left HP 715-966-4260 16:10:28
    STACYD     09/17/18 11:31:51 SERVICE      FEE ACH  Bought Back Today
    AASHTON    09/04/18 14:10:56 Home-Phone Talked To  HP 715-966-4260 16:10:51
    TT Erick- He said he wants to receive the letter from us first in regards
    to this check. He said it was an accident and intends on paying it 100% he
    just wants to see the letter first. Letter was sent 9/3, follow up 9/7
    AASHTON    08/31/18 12:41:03 Home-Phone NoMsg Left HP 715-966-4260 14:40:16
    SYSLOG     08/31/18 11:22:18 Sys-Entry  None     M 7572771467 added    +
    F2=Exp Score Inform   F3=Exit    F4=List                    F24=More keys
    Cannot Page Up, you are at beginning of log entries.
```

OPTIO046

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476█████ RIGBY, ERICK                              bp P       WP ............
Co-Maker.Fn 1ST DEGREE NEXT Ln ASHLEY HOME STORE........  PEC . CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
  DNC             MULT            MORE PH#'s
BRR $ NSF Check 21            Ck 7/13/18 Dep      # 1185    $   217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd 2    Srv-Chg    15.00
CBC Dt  8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt 0/00/00    Int-Chg
TLO Dt  9/04/18    MAC Loc. MC Auto N   SSN XXX - XX - 1183  End Bal    232.33
Coll-Stat ACTIVE Priority 0  Misc 123456*8   Total$  449.66  Foll-Up 12/18/18
 Enter Action: .........  O=change sequence to Oldest first T=jump to Top
Sel User          Date     Time    Action     Result     Notes         Seq=Newest
    FAM $217.33
    AASHTON      08/31/18 11:11:50 ManualDial RightParty
    SYSLOG       08/31/18 09:37:52 Sys-Entry  None       Fld Chgd Currnt Coll
    Old Val 20 to 55, Changed by IDA
    SYSLOG       08/31/18 09:37:52 Sys-Entry  None       Fld Chgd Coll Chg Dt
    Old Val 20180828 to 20180831, Changed by IDA
    IDA          08/31/18 09:28:04 SERVICE    FEE ACH    Bought Back Today
    SHANAET      08/29/18 08:50:35                       WORKORDER Scanned
    SYSLOG       08/28/18 13:15:39 Sys-Entry  None       Fld Chgd: Collection-St +
 F2=Exp Score Inform  F3=Exit  F4=List                      F24=More keys
 Cannot Page Up, you are at beginning of log entries.
```

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476████ RIGBY, ERICK                      bp P      WP ...........
Co-Maker.Fn 1ST DEGREE NEXT Ln ASHLEY HOME STORE ........  PEC  CP ...........
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
DNC              MULT              MORE PH#'s
BRR $ NSF Check 21               Ck 7/13/18 Dep        # 1185   $   217.33
Loc DS 1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N     Srv-Due    15.00
W/O Dt  8/28/18 CR App 0/00/00 Roll Bk 0/00/00 Rck'd 2      Srv-Chg    15.00
CBC Dt  8/31/18 Rt-Party-Dt: 1/08/19 Equifax Dt 0/00/00     Int-Chg
TLO Dt  9/04/18   MAC Loc. MC Auto N  SSN XXX - XX - 1183    End Bal   232.33
Coll-Stat ACTIVE Priority 0 Misc 123456*8  Total$  449.66  Foll-Up 12/18/18
Enter Action: ......... O=change sequence to Oldest first T=jump to Top
Sel User        Date     Time   Action     Result    Notes        Seq=Newest
    Bill to Erick Rigby
    W6095 Wadell Rd. Tomahawk, WI. 54487
    715 966 4260
    edrigby77@gmail.com
    AASHTON   08/31/18 11:13:53 ReviewAcct None
    Reviewed Check:
    Same name
    Same address
    Same phone                                                        +
F2=Exp Score Inform   F3=Exit   F4=List              F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

OPTIO048

```
CLR030 Collections Logging      ASOUTHWO    1/16/19   TZ C Vld Y HP 715-966-4260
Cl# 476█████ RIGBY, ERICK                    bp P         WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········  PEC · CP ............
St#  271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
    DNC            MULT              MORE PH#'s
BRR $ NSF Check 21            Ck  7/13/18 Dep       # 1185    $    217.33
Loc DS  1/16/19 Nxt LT    0/00/00 Draft Type D Rejects N    Srv-Due    15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2   Srv-Chg    15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00   Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183   End Bal    232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66 Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first T=jump to Top
Sel User        Date    Time    Action     Result   Notes         Seq=Newest
    by AASHTON
    AASHTON     08/31/18 11:19:49 ReviewAcct None
    CBC without SSN
     715-966-4260-dup
     757-638-1840-nis
     757-277-1467-lim
    AASHTON     08/31/18 11:17:23 ReviewAcct None
    Reviewed Work Order:
    Ashley Home Store                                              +
F2=Exp Score Inform   F3=Exit   F4=List              F24=More keys
Cannot Page Up, you are at beginning of log entries.
```

```
CLR030 Collections Logging      ASOUTHWO    1/16/19    TZ C Vld Y HP 715-966-4260
Cl# 476████  RIGBY, ERICK                      bp P        WP ............
Co-Maker.Fn 1ST·DEGREE·NEXT Ln ASHLEY·HOME·STORE········   PEC · CP ............
St# 271317 Wausau Wisconsin Store, Stevens Point, WI-APPLIANCES/ELECTRICAL RE
    DNC            MULT              MORE PH#'s
BRR $ NSF Check 21                Ck  7/13/18 Dep            # 1185    $   217.33
Loc DS  1/16/19 Nxt LT      0/00/00 Draft Type D Rejects N     Srv-Due     15.00
W/O Dt  8/28/18 CR App  0/00/00 Roll Bk  0/00/00 Rck'd  2      Srv-Chg     15.00
CBC Dt ·8/31/18 Rt-Party-Dt:  1/08/19 Equifax Dt  0/00/00     Int-Chg
TLO Dt ·9/04/18   MAC Loc. MC Auto N   SSN XXX - XX - 1183     End Bal     232.33
Coll-Stat ACTIVE Priority 0· Misc 123456*8·· Total$ ··449.66  Foll-Up 12/18/18
Enter Action: ·········· O=change sequence to Oldest first  T=jump to Top
Sel User        Date     Time  Action   Result    Notes          Seq=Newest
  Changed by DEBRAS        to ACTIVE
  SYSLOG     08/28/18 13:15:39 Sys-Entry None       FLD CHGD HP Valid
  Changed by DEBRAS       ( ) to (Y)




  F2=Exp Score Inform   F3=Exit  F4=List            F24=More keys
  Cannot Page Up, you are at beginning of log entries.
```