# EXHIBIT B

Exhibit B is a recording of a telephone conversation. A copy of the recording has been placed on a CD and will be provided to the Court and counsel upon the filing of this Declaration.