# EXHIBIT C



**QUALIA COLLECTION SERVICES**

November 8, 2018

ERICK RIGBY
423 W LEATHER AVE
TOMAHAWK      WI  54487

Dear Erick Rigby:

We are in receipt of your written correspondence regarding account no ▉0109. Our client CrossCheck, Inc. was assigned your below-referenced check pursuant to a contract for check approval services in effect with the original creditor, Wausau Wisconsin Store, 2917 Business Center, Stevens Point, WI  54482, has referred this matter to Qualia Collection Services, and we have verified the following information:

Your check 1185 dated 7/13/18 for $217.33 payable Wausau Wisconsin Store, was unpaid by your bank due to NSF Check. The specific detail is listed below:

| Debtor's Name | Check # | Amount | Serv Fee | Total Due: | Check Date |
|---|---|---|---|---|---|
| ▉0109 RIGBY, ERICK | 1185 | $217.33 | $15.00 | $232.33 | 7/13/18 |

Note: The information listed above reflects the status of this debt at the time it was transferred to the agency below.  You must contact the collection agency listed below for current information on this claim.

Amount is due and payable to Qualia Collection Services.

If there are any questions, please contact us at (800) 234-8151.

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

Send all correspondence, including payments to:
Qualia Collection Services
PO Box 5069 · Petaluma, CA 94955-5069
Tel (800) 234-8151
Business Hours: 8 am – 5 pm PST M-F

This has been sent to you by a professional debt collection agency.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and have such verification mailed to you. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

OPTIO001

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

We are required under state law to notify consumers of the following rights.
This list does not contain a complete list of rights consumers have under state and federal law.
Please find below important additional information for residents of the following states:

CALIFORNIA: As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in the notice on the front of this letter.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Non Profit Credit Counseling Services may be available in your area.

COLORADO: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. The agency's local address and telephone number is 80 Garden Center, Suite 3, Broomfield, CO 80020, 303 920 4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR.

MASSACHUSETTS: NOTICE OF IMPORTANT RIGHTS: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

MINNESOTA: This collection agency is licensed by the Minnesota Department of Commerce.

NEVADA: If you pay or agree to pay the debt or any portion of the debt, the payment or agreement to pay may be construed as: (1) an acknowledgement of the debt by the consumer; and (2) a waiver by you of any applicable statute of limitations set forth in NRS 11.190 that otherwise precludes the collection of the debt; and (3) if you do not understand or have questions or concerns over your legal rights of obligations relating to the debt, you should seek legal advice.

NEW YORK: New York City Department of Consumer Affairs License number 1254605. Call back name and phone number: Bruce Hotaling at (800) 234-8151 during normal business hours.

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: a) the use or threat of violence, b) the use of obscene or profane language; and c) repeated phone calls made with the intent to annoy, abuse, or harass. If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: 1) Supplemental Security Income (SSI); 2) Social Security; 3) public assistance (welfare); 4) spousal support, maintenance (alimony) or child support; 5) unemployment benefits; 6) disability benefits; 7) workers' compensation benefits; 8) public or private pensions; 9) veterans' benefits; 10) Federal student loans, federal student grants, and federal work study funds; and 11) ninety percent of your wages or salary earned in the last sixty days.

NORTH CAROLINA: NC Dept. Ins. Permit # 4502

TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

UTAH: As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.