# EXHIBIT D

PO BOX 5069
PETALUMA, CA 94955
RETURN SERVICE REQUESTED

**QCS**
QUALIA COLLECTION SERVICES

December 13, 2018

| | |
|---|---|
| Original Creditor: | Wausau Wisconsin Store |
| Creditor to Whom the Debt is Owed: | CrossCheck, Inc. |
| Account #: | ████1584 |
| Principal: | $217.33 |
| Fees: | $15.00 |
| Interest: | $0.00 |
| Balance Due: | $232.33 |

ERICK RIGBY
423 W LEATHER AVE
TOMAHAWK      WI  54487

Dear Erick Rigby:

You recently discussed a payment arrangement with a Qualia representative for the above-referenced account. In order to process your payments in the amounts and dates as agreed, you must sign, initial, and date the enclosed confirmation form where indicated and return it to us at the address below. A second copy of the form is enclosed for you to keep for your records.

Upon receipt of your signed confirmation, Qualia will set up the payments as agreed and debit your Visa/MasterCard or bank account accordingly. Qualia will send you a reminder letter three to ten days prior to the date of each payment.

Thank you in advance for your cooperation in resolving this matter.

Sincerely,

Qualia Collection Services

This is an attempt to collect a debt. Any information obtained will be used for that purpose.
This communication is from a debt collector.

SEND ALL CORRESPONDENCE TO:
**Qualia Collection Services**
PO Box 5069 · Petaluma, CA, 94955-5069
Tel (800) 234-8151
Business Hours: 8am- 5pm PST M-F

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

---

DETACH HERE AND RETURN THIS PORTION WITH YOUR SIGNED RECURRING DEBIT CARD/ACH FORM

ERICK RIGBY
423 W LEATHER AVE
TOMAHAWK      WI  54487



QUALIA COLLECTION SERVICES
PO BOX 5069
PETALUMA, CA 94955

Account#:  ████1584

RDF
OPTIO003

P.O. Box 5069
Petaluma, CA 94955-5069
Phone: (888) 604-0690
Fax: (707) 793-5751



## Recurring Debit Card Pre-Authorization

| CONSUMER NAME | | ACCOUNT NUMBER | |
|---|---|---|---|
| ERICK RIGBY | | ▇▇▇▇1584 | |

| | CARDHOLDER NAME | CARD NO. (last 4 digits) | CARD EXPIRATION DATE |
|---|---|---|---|
| ☐ VISA ☒ MASTERCARD | ERICK RIGBY | 3219 | 10/19 |

**Convenience Fee (as applicable):**

| ☐ Check box if applicable | I have been informed that by choosing to make the payments using this method, each payment will incur a convenience fee. I have been offered specific alternative methods to make my payment(s) that do not include this fee. By initialing below, I have chosen to accept this payment method that includes this fee. If box is checked, initial here:_____ |
|---|---|

| TOTAL OF PAYMENTS (including fee if applicable) | # OF PAYMENTS |
|---|---|
| 464.66 | 5 |

**PAYMENT SCHEDULE:**

| Date | Amount | Fee (if applicable) | Total |
|---|---|---|---|
| 01/05/19 | 64.66 | 0.00 | 64.66 |
| 01/19/19 | 100.00 | 0.00 | 100.00 |
| 02/02/19 | 100.00 | 0.00 | 100.00 |
| 02/16/19 | 100.00 | 0.00 | 100.00 |
| 03/02/19 | 100.00 | 0.00 | 100.00 |
| | | | |
| | | | |
| | | | |
| | | | |

By signing below, I understand and agree to the following:

- I am an authorized user on the account stated above.
- I authorize Qualia Collection Services ("QCS") to electronically transfer funds from my account as indicated above. Payments processed as an electronic transaction may result in funds being withdrawn on the same day as the transaction dates above or, if the payment date falls on a weekend or a holiday, on the next business day.
- I authorize QCS and its service providers, agents and affiliates to contact me by such methods to include verbal, written, and/or electronic means, and at any telephone number associated with me including wireless telephone numbers, where methods of contact may include manual calling, using prerecorded or artificial voice messages, automatic telephone dialing systems, direct drop voicemail, and text messaging. I agree that my consent is not revoked in the event my telephone number is ported to a wireless or residential line, or vice versa. I expressly consent to contact by email at any email address provided by me.
- This authorization will remain in full force and effect until I notify QCS in writing or by phone at the contact information above that I wish to revoke this authorization. I understand QCS requires at least 14 days prior notice to cancel this authorization. I have received two copies of this pre-authorization agreement; I will return a completed copy and keep a copy for my records.

| SIGNATURE | DATE |
|---|---|
| | |

| NAME |
|---|
| ERICK RIGBY |

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

COPYRIGHT © 2018 Qualia Collection Services. All Rights Reserved.

OPTIO004



This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

We are required under state law to notify consumers of the following rights.
This list does not contain a complete list of rights consumers have under state and federal law.
Please find below important additional information for residents of the following states:

CALIFORNIA: As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Non Profit Credit Counseling Services may be available in your area.

COLORADO: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. The agency's local address and telephone number is 80 Garden Center, Suite 3, Broomfield, CO 80020, 303 920 4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.

MASSACHUSETTS: NOTICE OF IMPORTANT RIGHTS: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

MINNESOTA: This collection agency is licensed by the Minnesota Department of Commerce.

NEVADA: If you pay or agree to pay the debt or any portion of the debt, the payment or agreement to pay may be construed as: (1) an acknowledgement of the debt by the consumer; and (2) a waiver by you of any applicable statute of limitations set forth in NRS 11.1190 that otherwise precludes the collection of the debt; and (3) if you do not understand or have questions or concerns over your legal rights of obligations relating to the debt, you should seek legal advice.

NEW YORK: New York City Department of Consumer Affairs License number 1254605. Call back name and phone number: Bruce Hotaling at (800) 433-5709 during normal business hours.

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: a) the use or threat of violence, b) the use of obscene or profane language; and c) repeated phone calls made with the intent to annoy, abuse, or harass. If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: 1) Supplemental Security Income (SSI); 2) Social Security; 3) public assistance (welfare); 4) spousal support, maintenance (alimony) or child support; 5) unemployment benefits; 6) disability benefits; 7) workers' compensation benefits; 8) public or private pensions; 9) veterans' benefits; 10) Federal student loans, federal student grants, and federal work study funds; and 11) ninety percent of your wages or salary earned in the last sixty days.

NORTH CAROLINA: NC Dept. Ins. Permit # 4502

TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

UTAH: As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.